IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RACHEL L. BETSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 01-3391-CV-S-DW-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant's Motion for Final Judgment (Doc. 9). Defendant's motion is unopposed. Upon remand of this case to the Commissioner of Social Security by Order of this Court, the administrative law judge issued a decision in favor of the defendant on October 13, 2004. Accordingly, the Court directs the Clerk of the Court to enter final judgment dismissing this case. FED. R. CIV. PRO. 58(a).

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: April 25, 2005